# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142854

LORRI A. RAJEWSKI,
        Plaintiff-Appellee,

v

SECURITAS SERVICES USA, INC., and
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,
        Defendants-Appellants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142854
COA: 299464
WCAC: 09-000149

On order of the Court, the application for leave to appeal the February 24, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

t0718